# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Jorge Armando Fuentes-Pacheco,<br><br>Defendant. | No. CR-07-02049-001-TUC-JGZ (MAA)<br><br>**ORDER** |

Pending before the Court is a Report and Recommendation by United States Magistrate Judge Michael A. Ambri recommending that the Court find that Defendant Jorge Armando Fuentes-Pacheco violated Mandatory Condition No. 1 by committing new federal offenses. (Doc. 96.) The parties have not filed any objections and the time to file objections has expired.

Having reviewed the Magistrate Judge's Report, the Court will adopt the recommendation.

IT IS ORDERED:
1. Magistrate Judge Ambri's Report and Recommendation (Doc. 96) is ADOPTED;
2. The US Probation Office is directed to prepare a disposition report.
3. Final Disposition Hearing IS SET FOR July 11, 2024 at 11:30 a.m. before this Court.

Dated this 17th day of June, 2024.

Jennifer G. Zipps
United States District Judge